FILED
CLERK, U.S. DISTRICT COURT
JAN 19 2008
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA-WESTERN DIVISION

| | |
|---|---|
| ERIC E. BROWN-BEY, | ) CV 07-03636-PA (SH) |
| Petitioner, | ) JUDGMENT |
| v. | ) |
| J.F. SALAZAR, Warden, et al., | ) |
| Respondent. | ) |

Pursuant to the Order of the Court adopting the conclusions and recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that the Petition for Writ of Habeas Corpus is dismissed with prejudice.

DATED: January 19, 2008

_____
PERCY ANDERSON
UNITED STATES DISTRICT JUDGE

1